

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**JONATHAN B. FELLOWS, ESQ.**
fellowj@bsk.com
P: 315.218.8120
F: 315.218.8100

May 6, 2021

**VIA ELECTRONIC FILING**

Chief Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Sinanovic v. Wagner College*
      Civil Action No.: 1:20-cv-05181 (LDH-CLP)

Dear Magistrate Judge Pollak:

We write to provide an update to Your Honor concerning the status of this matter as you directed following the Initial Conference on March 5, 2021.

On April 28, 2021, District Judge DeArcy Hall conducted a pre-motion conference with respect to Wagner College's request to file a motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

At the conclusion of the conference, Judge DeArcy Hall granted permission for Wagner College to make the motion, and set the following briefing schedule:  Wagner College is to file the motion by May 12, 2021; Plaintiff's response is due on May 26, 2021; and Wagner College's reply is due on June 2, 2021.

The parties conferred following the pre-motion conference with respect to discovery.  At the current time, the parties agree that the commencement of discovery should await a ruling by Judge DeArcy Hall on the forthcoming motion.  We would ask to report back to Your Honor within ten (10) days of the date of a decision on the motion.

Respectfully

BOND, SCHOENECK & KING, PLLC

*/s/ Jonathan B. Fellows*

Jonathan B. Fellows

JBF/slp
Cc via ECF:   Joseph Ignatius Marchese, Esq.