UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SABRINA SINANOVIC,

                        Plaintiff,                        JUDGMENT

v.                                                    20 CV 5181 (LDH) (CLP)

WAGNER COLLEGE,

                        Defendant.
----------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on August 5, 2024, adopting the Report and Recommendation of Magistrate Cheryl L. Pollak, dated May 1, 2024, dismissing this case without prejudice, for failure to prosecute; it is

        ORDERED and ADJUDGED that this case is dismissed, without prejudice, for failure to prosecute.

Dated: Brooklyn, New York                                     Brenna B. Mahoney
       August 6, 2024                                            Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                     Deputy Clerk